**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**COREY BRIAN SANDERS**
**ADC #113737**                                                                          **PLAINTIFF**

**v.**                              **CASE NO. 5:10CV00251 BSM/JTR**

**RAY HOBBS, Director,**
**Arkansas Department of Correction et al.**                             **DEFENDANTS**

<u>**ORDER**</u>

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.     Pursuant to the screening function mandated by 28 U.S.C. § 1915A: (a) Plaintiff shall PROCEED with his claim that, on August 18, 2009, defendant Page issued him a retaliatory disciplinary charge; and (b) all other claims and defendants are DISMISSED, WITHOUT PREJUDICE.

2.     It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

3.     The clerk's office is directed to prepare a summons for defendant Page, and the U.S. Marshal is directed to serve the summons, substituted complaint, and this order on him,

through the ADC Compliance Office, without prepayment of fees and costs or security

therefor. If defendant Page is no longer an ADC employee, the ADC Compliance Office

shall file, with the return of unexecuted service, a **<u>SEALED</u>** statement providing his last

known private mailing address.

Dated this 21st day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE